UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
JAN 0 6 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH NATHANIEL HARTMAN,<br><br>Defendant. | Criminal No.   2:26CR ___1___<br><br>Violations:   18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Unlawful Possession of a Firearm)

On or about September 15, 2025, in Grant County, in the Northern District of West Virginia, defendant **JOSEPH NATHANIEL HARTMAN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Distribution of Methamphetamine, in the United States District Court for the Northern District of West Virginia, in case number 2:17-CR-9, on November 9, 2017, Unlawful Possession of a Firearm, in case number 2:17-CR-9, on November 9, 2017, and Wanton Endangerment, in the Circuit Court of Grant County, West Virginia, in case number 11-F-39, on October 3, 2011; and knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is, Second Offense Domestic Battery, in the Circuit Court of Grant County, in case number 11-F-39, on October 3, 2011; knowingly possessed a firearm, that is:

1. Pistol, MNF: Sturm, Ruger & Company, Inc., TYPE: Semi-Automatic, MODEL: EC9s, CAL: 9mm Luger, SN: 453-88700;

2. Shotgun, MNF: Remington Arms Company, Inc., TYPE: Pump Action, MODEL: 870 Express Magnum, GAUGE: 20, SN: A625360U;

3. Rifle, MNF: Marlin Firearms Company, TYPE: Semi-Automatic, MODEL: 60, CAL: .22 Long Rifle (LR), SN: 09300966;

4. Rifle, MNF: Remington Arms Company, Inc., TYPE: Bolt Action, MODEL: Seven, CAL: .308 Winchester, SN: 7737566;

5. Rifle, MNF: Marlin Firearms Company, TYPE: Bolt Action, MODEL: 25M, CAL: .22 Winchester Magnum Rimfire (WMR), SN: 16706281;

and the firearms were in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(8).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Sections 924(c), and 924(d), and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of any firearms, and any ammunition involved in the knowing commission of such offense, including:

1. Pistol, MNF: Sturm, Ruger & Company, Inc., TYPE: Semi-Automatic, MODEL: EC9s, CAL: 9mm Luger, SN: 453-88700;

2. Shotgun, MNF: Remington Arms Company, Inc., TYPE: Pump Action, MODEL: 870 Express Magnum, GAUGE: 20, SN: A625360U;

3. Rifle, MNF: Marlin Firearms Company, TYPE: Semi-Automatic, MODEL: 60, CAL: .22 Long Rifle (LR), SN: 09300966;

4. Rifle, MNF: Remington Arms Company, Inc., TYPE: Bolt Action, MODEL: Seven, CAL: .308 Winchester, SN: 7737566;

5. Rifle, MNF: Marlin Firearms Company, TYPE: Bolt Action, MODEL: 25M, CAL: .22 Winchester Magnum Rimfire (WMR), SN: 16706281; and

6. Assorted ammunition.

A true bill,

/s/
Foreperson

/s/
MATTHEW L. HARVEY
United States Attorney

Stephen Warner
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney